IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:18cr8/MCR

PAUL W. LANGLEY

---

## FINAL ORDER OF FORFEITURE
## AS TO DEFENDANT PAUL W. LANGLEY

WHEREAS, on March 26, 2018, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of Title 18, United States Code, Section 2253, based upon the defendant's guilty plea to Count One of the indictment in this action, and the attached forfeiture provision thereto, of the property listed as:

**A. One Samsung Galaxy S8 Plus.**

AND WHEREAS, pursuant to Rule 32(b)(2) and 32.2(b)(2) of the Federal Rules of Criminal Procedure said Preliminary Order of Forfeiture shall be made final as to defendant **PAUL W. LANGLEY** at the time of sentencing and shall be made part of the sentence and included in the judgment now wherefore,

FILED IN OPEN COURT THIS

7-16-2018

CLERK, U. S. DISTRICT
COURT, NORTH. DIST. FLA.

1

IT IS HEREBY ORDERED:

That all of defendant **PAUL W. LANGLEY's** right, title and interest in the property described above is hereby forfeited to and vested in the United States of America and that said forfeiture is now final as to the defendant for all purposes.

IT IS SO ORDERED this __16th__ day of July, 2018.

_s/ M. Casey Rodgers_
M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE